1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  BRIAN R. FAERSTEIN (CABN 274850)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6473
       FAX: (415) 436-7234
8      Brian.Faerstein@usdoj.gov

9  Attorneys for United States of America

FILED
DEC 02 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:15-cr-00540-VC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DETENTION PRIOR TO TRIAL |
| DUANE CHARLES ACKERMAN, | |
| Defendant. | |

The parties appeared before the Honorable Sallie Kim on December 2, 2015, for a detention hearing. The defendant was present and represented by defense counsel Ryan V. McHugh. The government was represented by Assistant United States Attorney Brian R. Faerstein. The government moved for detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

The Court has considered the parties' proffers during the hearing, the defendant's past conduct and criminal record, the materials found during a search of the defendant's residence, the bail study, and the factors set forth in 18 U.S.C. § 3142(g). For the reasons stated on the record at the hearing, including consideration of the history and characteristics of the defendant and the nature and seriousness

of the danger posed to the community should the defendant be released prior to trial, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

The Court therefore orders the defendant detained prior to trial in this matter. The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a correctional facility. The defendant must be afforded a reasonable opportunity to consult privately with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED: December 2, 2015

HON. SALLIE KIM
United States Magistrate Judge